IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALLAH BURMAN, #97337-079 | : | |
| Petitioner | : | |
| v. | : | CIVIL ACTION NO. L-11-1478 |
| | | CRIMINAL NO. L-01-0115 |
| UNITED STATES OF AMERICA | : | |
| Respondent | : | |

**MEMORANDUM**

Pending is Allah Akbar Burman's ("Burman") Motion filed pro se to vacate judgment. ECF No. 585. The Motion will be reviewed as filed pursuant to 28 U.S.C. § 2255 and dismissed without prejudice for lack of jurisdiction.

On April 15, 2008, Burman filed a Motion to Vacate pursuant to 28 U.S.C. § 2255, which was denied on July 29, 2009. See Burman v. United States, Civil Action No. L-08-941 (D. Md.). A subsequently filed § 2255 Motion was dismissed without prejudice for lack of jurisdiction on May 20, 2011. ECF Nos. 581 and 582. The instant § 2255 motion is, therefore, successive under these facts.

Second or successive motions under § 2255 may not be filed absent leave to do so from the Court of Appeals. See 28 U.S.C. §§ 2244 (b) (3) (A) & 2255; In re Avery W. Vial, 115 F.3d 1192, 1197-98 (4th Cir. 1997) (en banc). Since Burman does not indicate whether he has complied with the procedural requirements for a second or successive § 2255 motion, it will be dismissed without prejudice for lack of jurisdiction. Additionally, Burman's self-styled "Motion to Discharge-Caveat" which was filed with his successive §2255 petition will be denied.

Pursuant to Rule 11(a) of the "Rules Governing Proceedings Under 28 U.S.C. § 2255," this Court is required to issue or deny a Certificate of Appealability (COA) when it enters a final order adverse to the petitioner. A COA is a "jurisdictional prerequisite" to an appeal from the court's earlier order, see <u>United States v. Hadden</u>, 475 F.3d 652, 659 (4th Cir. 2007), which may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c) (2). Burman does not satisfy this standard and a COA shall be denied. A separate Order follows.

June 7, 2011                                               /s/
                                                           _____
                                                           Benson Everett Legg
                                                           United States District Judge